IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| **DAVID AUSTIN**, individually, and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>v.<br><br>**KEN'S FOODS, INC.**,<br><br>                          Defendant. | Civil Action No.: 1:24-cv-10560-WGY |

### Notice of Dismissal Without Prejudice

Plaintiff submits this notice of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a). Defendant's stipulation to this dismissal is not required because it has not served an answer or a motion for summary judgment.

Respectfully Submitted,

/s/ Benjamin Knox Steffans
Benjamin Knox Steffans (BBO# 568535)
Steffans Legal PLLC
10 Wendell Ave. Ext. Ste 208
Pittsfield, MA 01201
413-418-4176
bsteffans@steffanslegal.com

Kevin J. Stoops (P64371)*
Jesse L. Young (P72614)*
Albert J. Asciutto (P82822)*
Sommers Schwartz, P.C.
One Towne Square
17th Floor
Southfield, Michigan 48076
(248) 355-0300
kstoops@sommerspc.com
jyoung@sommerspc.com
aasciutto@sommerspc.com
*pro hac vice motions forthcoming*

*Attorneys for Plaintiff and the Putative Collective/Class Members*